# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KEVIN TAYLOR, <br><br> and <br><br> MICHELLE ROMAK <br><br> Plaintiffs, <br><br> vs. <br><br> SHELL PLC., <br><br> and <br><br> SHELL USA Inc., <br><br> and <br><br> WAYNE HUNT <br><br> Defendants. | PLAINTIFFS' UNOPPOSED MOTION TO STRIKE AND AMEND THE ORIGINAL COMPLAINT <br><br><br> Case No. 4:25-cv-04042 |

In reviewing the complaint, Plaintiffs' counsel have come to realize that it contains material that it ought not to have contained. Plaintiffs' counsel therefore move to amend the complaint as a matter of course under Fed. R. Civ. P. 15(a), and to strike the original complaint. An amended complaint is attached, together with its exhibit.

Plaintiff's counsel has consulted with the Defense, who have no objection, provided that a 30-day extension applies to the filing of the answer. The Plaintiff has no objection to this extension being applied.

Respectfully submitted,

*/s/ Sean C. Timmons*

Sean C. Timmons, Esq., LL.M.
Managing Partner,
Tully Rinckey PLLC
Texas Bar No.: 24067908
S.D. Texas Bar No: 2100785
18722 University Blvd., Ste. 235
Sugar Land, TX 77479
(832) 240-3273 Phone
(832) 241-5998 FAX
Stimmons@tullylegal.com
*Attorney-in-Charge for Plaintiff(s)*

*And*
Julia Z. Haller*,
DC Bar No. 466921
Jacob P. Meckler,*
DC Bar No. 90005210
America First Legal Foundation
611 Pennsylvania Ave. SE #231
Washington, D.C. 20003
Juli.Haller@aflegal.org
Jacob.Meckler@aflegal.org
*Pro Hac Vice application forthcoming*
*Of Counsel*
