## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KEVIN TAYLOR,<br><br>and<br><br>MICHELLE ROMAK<br><br>　Plaintiffs,<br><br>vs.<br><br>SHELL PLC.,<br><br>and<br><br>SHELL USA Inc.,<br><br>and<br><br>WAYNE HUNT<br><br>　Defendants. | PROPOSED ORDER: PLAINTIFFS' UNOPPOSED MOTION TO STRIKE AND AMEND THE ORIGINAL COMPLAINT<br><br><br>Case No. 4:25-cv-04042 |

　Before the court is the plaintiffs' unopposed motion to strike and amend the complaint. The plaintiffs are within the deadline to amend as a matter of course under Fed. R. Civ. P. 15(a), and the Defense is not opposed to striking the original complaint as long as they receive a 30 day extension on their deadline to answer. Accordingly, it is

　ORDERED that the original complaint (Dkt. 1) be and hereby is STRUCK, and it is further

　ORDERED that the plaintiffs' motion to amend be and hereby is GRANTED, and it is further

　ORDERED that the Defense shall have 30 days from the date of this order to file an answer.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth M. Hoyt
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge