United States District Court
Southern District of Texas
**ENTERED**
September 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE ROMAK, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04042 |
| | § | |
| SHELL USA INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is the plaintiffs' unopposed motion to strike and amend the complaint. The plaintiffs are within the deadline to amend as a matter of course under Fed. R. Civ. P. 15(a), and the defense is not opposed to striking the original complaint as long as they receive a 30-day extension on their deadline to answer. Accordingly, it is

ORDERED that the plaintiffs' Original Complaint (Dkt. No. 1) be and hereby is STRUCK, and it is further

ORDERED that the plaintiffs' motion to amend be and hereby is GRANTED. The plaintiffs shall file their Amended Complaint within seven (7) days of this Order, and it is further

ORDERED that the defense shall have 30 days from the date of this Order to file an answer.

It is so ORDERED.

SIGNED on September 16, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge