United States District Court
Southern District of Texas

**ENTERED**

June 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE ROMAK, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04042 |
| | § | |
| SHELL USA INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the plaintiffs' motion to compel discovery responses and deposition dates pursuant to Federal Rule of Civil Procedure 37. (Dkt. No. 26). In light of the Scheduling Order in place in this civil action, an expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than June 18, 2026.

It is so ORDERED.

SIGNED on June 8, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge