UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE ROMAK, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04042 |
| | § | |
| SHELL USA INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTING

The parties are hereby notified that a status conference regarding plaintiffs' motion to compel discovery responses and deposition dates (Dkt. No. 26) is set for **July 7, 2026, at 10:30 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **571-353-2301**

Conference ID: **973-073-808#**

Conference Password: **963-741#**

Date: July 6, 2026

NATHAN OCHSNER, CLERK

By: C. Horace, Case Manager to
Judge Kenneth M. Hoyt

1 / 1