United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE ROMAK, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04042 |
| | § | |
| SHELL USA INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF RECUSAL**

I stand recused in this case.

It is so ORDERED.

SIGNED on July 20, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge